RECEIVED
AUG 2 6 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| CHRISTIAN COOPER, | * | CIVIL ACTION NO. 1:13-CV-00422 |
| PLAINTIFF | * | |
| VS. | * | JUDGE DRELL |
| PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC, et al., | * | MAGISTRATE JUDGE KIRK |
| DEFENDANTS | * | |

## ORDER

THIS MATTER came on for consideration on the Motion of Kenneth D. McLean, The McLean Law Firm, LLC and Lemberg & Associates, LLC to Withdraw as Counsel for Plaintiff and the Court, having fully considered the same, finds that it is well-taken and should be GRANTED.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Kenneth D. McLean, The McLean Law Firm, LLC and Lemberg & Associates, LLC are hereby permitted to withdraw from this action and shall not have any further responsibility heretofore.

IT IS FURTHER ORDERED that the Plaintiff shall have 30 days to ~~retain~~ enroll new counsel or advise the Court that she wishes to proceed *pro se*. In default of which the case will be dismissed.

SO ORDERED AND ADJUDGED this the ___ day of _August_, 2013.

JAMES D. KIRK
United States Magistrate Judge